United States District Court
Southern District of Texas
**ENTERED**
April 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jeremy Heath Needum, § | |
| § | |
| Plaintiff, § | |
| versus § | Civil Action H-19-1435 |
| § | |
| Lorie Davis, et al., § | |
| § | |
| Defendants. § | |

## Order for More Definite Statement

Jeremy Heath Needum says he has stage four cancer. It is unclear what Needum is alleging. Needum says that the defendants instituted policies and have made medical decisions that violated his constitutional rights. Needum does not say how his rights have been violated but does say that his morphine treatments stopped in February 2019. The court orders Needum to file a supplemental statement regarding his claims by May 24, 2019. The statement must clearly explain his claims against the defendants and say what each defendant's personal actions are in relation to his claims. Needum must also explain what treatment he currently receives and how his treatment has changed since he was first diagnosed with cancer. Needum must also include any other information important to his claims.

Signed at Houston, Texas, on _____April 24_____, 2019.

Lynn N. Hughes
United States District Judge