# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

*United States Courts*
*Southern District of Texas*
**FILED**
**APR 26 2019**
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Jeremy Heath Needum *(Does not consent)* | § § § | |
| versus | § | Civil Action 4:19–cv–01435 |
| Lorie Davis | § § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

*I do not consent*

*Jeremy Needum*

*Jeremy*

## Order to Transfer

This case is transferred to United States Magistrate Judge



**VOID**

to conduct all further proceedings, including final judgment.

_____         _____
Date                                              United States District Judge

Jeremy Needum 1257053
3 Jester Rd.
Richmond, TX 77406

United States Courts
Southern District of Texas
F I L E D
APR 26 2019
David J. Bradley, Clerk of Court

United States District Clerk's Office
P.O. Box 61010
Houston, TX. 77208-1010

NORTH HOUSTON TX 773
24 APR 2019 PM 3 L

77208-101010